# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LINDA SCHLAPPER,

        Plaintiff,

-vs-                                              Case No. 6:09-cv-70-Orl-28GJK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** (Doc. No. 11) |
| **FILED:** | **July 13, 2009** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On July 13, 2009, pursuant to sentence six of 42 U.S.C. § 405(g), the Commissioner of Social Security (the "Commissioner") filed an unopposed Motion for Remand (the "Motion") requesting that the decision of the Commissioner be remanded for further administrative action because the audio tape of the hearing before the Administrative Law Judge is inaudible. Doc. No. 11 at 2. The undersigned recommends that the Court **GRANT** the Motion and **REMAND** the case to the Commissioner under sentence six of Section 405(g) for further proceedings.

**DONE and ORDERED** in Orlando, Florida on July 14, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties