# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LINDA SCHLAPPER,

        Plaintiff,

-vs-                         **Case No. 6:09-cv-70-Orl-28GJK**

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

---

## ORDER

This case is before the Court on the Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 11) filed July 13, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 14, 2009 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) is **GRANTED**.

3. The Clerk is directed to remand this case to the Commissioner of Social Security for further proceedings and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17___ day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party