**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA SCHLAPPER,**

                    **Plaintiff,**

**-vs-**                                    **Case No.  6:09-cv-70-Orl-28GJK**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                    **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **AMENDED UNOPPOSED MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 21)** |
| **FILED:** | **April 22, 2011** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

      On August 17, 2009, this case was remanded to the Commissioner of Social Security (the "Commissioner") for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  *See* Doc. Nos. 13, 17.  The case was remanded because the transcript of Linda Schlapper's (the "Plaintiff") hearing before the Administrative Law Judge (the "ALJ") was inaudible.  Doc. No. 12.  On August 25, 2010, the ALJ entered an order dismissing Plaintiff's complaint pursuant to Plaintiff's written

request. Doc. No. 19-1 at 4, 5. Thus, the final decision of the Commissioner is the November 22, 2004 determination that the Plaintiff is not disabled. Doc. No. 19-1 at 4.

On April 22, 2011, the Commissioner filed an Amended Unopposed Motion to Affirm the Commissioner's Decision subsequent to Remand and for Entry of Judgment in favor the Commissioner (the "Motion"). Doc. No. 21. Plaintiff does not oppose the relief requested in the Motion. Based on the forgoing, it is recommended that the Court enter an order as follows:

1. GRANTING the Motion (Doc. No. 21);

2. Affirming the November 22, 2004 decision of the Commissioner;

3. Entering judgment in favor of the Commissioner, and

4. Closing the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **If the parties have no objection to this report and recommendation, they may promptly file a notice of no objection**.

Recommended in Orlando, Florida on April 26, 2011.

 /s/ Gregory J. Kelly
 GREGORY J. KELLY
Copies furnished to: UNITED STATES MAGISTRATE JUDGE

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy