# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LINDA SCHLAPPER,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-70-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the Commissioner of Social Security's Amended Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and For Entry of Judgment (Doc. No. 21) filed April 22, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 26, 2011 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's Amended Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and For Entry of Judgment (Doc. No. 21) is **GRANTED**.

3. The November 22, 2004 decision of the Commissioner is **AFFIRMED**.

4. The Clerk of the Court is directed to enter judgment in favor of the Commissioner.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20th___ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge